# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TENNESSEE
# AT GREENEVILLE

| | | |
|---|---|---|
| TIMOTHY R. ROBINETTE, | § § § | No.: 2:15-CV-273 |
| Plaintiff, | § | *Jury Demand* |
| | § § § § | |
| NORFOLK SOUTHERN RAILWAY COMPANY, | § § § | |
| Defendant. | § | |

## STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1)(ii), comes the Plaintiff, and by agreement with counsel for the Defendant, stipulates a dismissal of his action against the Defendant.

It is further understood and agreed by all parties that this Stipulation of Dismissal, dismisses this case against the Defendant, with each party to bear their own discretionary costs.

ENTER this **24** day of **October**, 2016.

*/s/ Clifton L. Corker*
The Honorable Clifton L. Corker
United States District Court Judge

**APPROVED FOR ENTRY:**

STEEL, MOSS & EBERT

S/ John D. Steel, Esq., GA. BPR #677646
*Attorney for Plaintiff*
3575 Piedmont Road, N.E.
15 Piedmont Center, Suite 1560
Atlanta, Georgia 30305
(404) 264-1292-Office
(404) 264-0161-Fax
E-Mail: jsteel@steel-moss.com

BAKER, O'KANE, ATKINS & THOMPSON, PLLC

S/ John W. Baker, Jr., Esq., BPR #001261
S/ Emily L. Herman-Thompson, Esq., BPR #021518
*Attorneys for Defendants*
2607 Kingston Pike, Suite 200
P.O. Box 1708
Knoxville, Tennessee 37901-1708
(865) 637-5600-Office
(865) 637-5608-Fax
E-Mail: jbaker@boatlf.com
E-Mail: ethompson@boatlf.com